UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

HAROLD HEMPSTEAD          CASE NO. 1:23-CV-00016
PLAINTIFF

V.

TENNESSEE DEPARTMENT OF CORRECTIONS, ET AL.
DEFENDANTS

## NOTICE OF VOLUNTARY DISMISSAL

IF THIS HONORABLE COURT HAS NOT ISSUED AN ORDER ON THE COMPLAINT IN THIS CASE BY THE TIME THIS NOTICE IS FILED, THAN THE PLAINTIFF, PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i), VOLUNTARY DISMISSES THE COMPLAINT FILED IN THE ABOVE CAUSE.

IF THIS HONORABLE COURT HAS ISSUED AN ORDER ON THE COMPLAINT BY THE TIME THIS NOTICE HAS BEEN FILED, THAN THE PLAINTIFF, DOES NOT WANT TO VOLUNTARY DISMISS THE COMPLAINT.

RESPECTFULLY SUBMITTED,

*Harold Hempstead*

HAROLD HEMPSTEAD, IIM#577366
BLEDSOE COUNTY CORRECTIONAL COMPLEX
1045 HORSEHEAD ROAD
PIKEVILLE, TENNESSEE 37367

HAROLD HEMPSTEAD, II M#571566
BLEDSOE COUNTY CORRECTIONAL COMPLEX
1045 HORSEHEAD ROAD
PIKEVILLE, TENNESSEE
        37367

CHATTANOOGA TN 373
8 MAR 2023 PM 2 L



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
900 GEORGIA AVENUE, ROOM 309
CHATTANOOGA, TENNESSEE
        37402

37402-225984

RECEIVED

MAR 0 8 2023

BCCX MAILROOM
OUTGOING

THE DEPARTMENT OF CORRECTIONS
BCCX HAS NEITHER INSPECTED
NOR CENSORED AND IS NOT
RESPONSIBLE FOR THE CONTENTS